BEFORE THE SECOND DIVISION, FEBRUARY 6, 1964

**No. 68299.**—Daido Corp. *v.* United States, protests 63/803 and 62/10871 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of horns and sirens similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 10, 1964

**No. 68300.**—Sam Muenzer & Co. et al. *v.* United States, protests 61/10467, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.